# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA Y. MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **1:14-cv-01843---GSA**<br><br>**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>**(Doc. 2)** |

Plaintiff Cynthia Moore ("Plaintiff") filed a complaint on November 24, 2014 and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

Plaintiff is advised that the Court will, in due course, screen Plaintiff's complaint for legal sufficiency. *See* 28 U.S.C. § 1915(e)(2). The Clerk of Court will issue a summons in this matter only after the Complaint has been screened and deemed appropriate for service. The Court must dismiss a complaint or portion thereof if it determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from

a defendant who is immune from such relief. *Id*. The Court's screening order will be served on Plaintiff by U.S. mail.

IT IS SO ORDERED.

Dated: **January 9, 2015**              /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE