**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA Y. MOORE,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | **Case No. 1:14-cv-01843-GSA**<br><br>**ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS** |

*Pro se* plaintiff Cynthia Moore ("Plaintiff") filed a social security complaint (the "Complaint") on November 24, 2014. (ECF No. 1.) Plaintiff's Complaint was dismissed with leave to amend on January 21, 2015. (ECF No. 5.) Plaintiff then filed a First Amended Complaint ("FAC"), which was also dismissed with leave to amend. (ECF Nos. 6, 8.) On May 8, 2015, Plaintiff filed a Second Amended Complaint ("SAC"). (ECF No. 9.)

In the SAC, Plaintiff seeks review of a decision by the Commissioner of Social Security denying Plaintiff's application for social security benefits. The Complaint alleges that, after a hearing before an administrative law judge, the Commissioner issued an unfavorable decision denying Plaintiff benefits. Plaintiff appealed that decision to the Appeals Council, which denied her request for review. Plaintiff has stated a claim against the Commissioner of Social Security for review of a specific, unfavorable decision by the Commissioner of Social Security. It is thus

appropriate to issue new case documents, including service documents, in this case. Plaintiff is currently proceeding *in forma pauperis*, so service will be effected by the United States Marshal Service. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to issue and serve on Plaintiff new case documents for a social security case, including a summons, scheduling order, consent form, and USM-285 instructions and forms;
2. Plaintiff is DIRECTED to complete the service documents as described in the accompanying instructions and return them to the Court for service within 30 days of the entry of this Order;
3. On return of the service documents to the Court by Plaintiff, the Clerk of the Court is DIRECTED to forward them to the U.S. Marshal Service along with a copy of this Order;
4. Upon receipt of the service documents, the U.S. Marshal Service shall serve the service documents on the defendant(s) as directed by the Plaintiff.

IT IS SO ORDERED.

Dated:   **August 25, 2015**              /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE