**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA Y. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | **Case No. 1:14-cv-01843-EPG**<br><br>**ORDER RE: REQUEST FOR STATUS OF CASE**<br><br>(ECF No. 21) |

Plaintiff is proceeding *pro se* in an action seeking judicial review of an administrative decision by the Commissioner of Social Security.  On March 22, 2016, Plaintiff filed a request for a status update in her case.  (ECF No. 21.)  The Court is generally unable to respond to individual inquiries regarding the status of a case.  The Court observes, however, that Plaintiff was previously served with an informational order on August 25, 2015 that details the process of challenging a decision by the Social Security Administration.  Plaintiff was also served with a scheduling order on August 25, 2015 (ECF  No. 11) that laid out the deadlines in this case.

\\

\\

\\

\\

Plaintiff is advised to carefully review both orders to determine what steps she should be taking to prosecute her case.

IT IS SO ORDERED.

Dated:  **March 23, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE