BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CYNTHIA Y. MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01843-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 24) |

IT IS HEREBY STIPULATED, by and between the parties, through Defendant's counsel of record and the pro se Plaintiff, that the time for Plaintiff to submit her confidential letter brief be extended by thirty (30) days from the date she actually received the administrative record, March 28, 2016.

On February 16, 2016, Defendant served a copy of the administrative record on Plaintiff by U.S. mail to her address of record (Dkt. 20 at p. 3). On March 22, 2016, Plaintiff filed a notice with the Court that she had not received anything pertaining to this case since October 2015 (Dkt. 21). Defendant's representative contacted Plaintiff and obtained a P.O. Box address

1  for Plaintiff, and then Defendant served a copy of the administrative record to that address (*see*
2  Dkt. 23).  On March 31, 2016, Defendant's counsel spoke with Plaintiff and confirmed that she
3  had received the administrative record on March 28, 2016.  The parties (through Defendant's
4  counsel) then agreed that Plaintiff should have additional time to provide her confidential letter
5  brief to Defendant.  Plaintiff confirmed that she will provide the letter brief to Defendant's
6  counsel no later than **April 27, 2016**, and she will file a proof of service with the Court pursuant
7  to the scheduling order (Dkt. 11-1).  Accordingly, the parties respectfully request that Plaintiff be
8  granted a first extension of time to serve her letter brief until **April 27, 2016**, with all other
9  deadlines extended accordingly.

Dated:  March 31, 2016

Respectfully submitted,
*/s/ Cynthia Y. Moore*\*_____
(\*As authorized via phone on 3/31/2016)
Plaintiff

Dated:  March 31, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  *Ellinor Coder*  _____
ELLINOR CODER
Special Assistant U.S. Attorney
OF COUNSEL: AMANDA SCHAPEL
Assistant Regional Counsel

Attorneys for Defendant

# ORDER

Based on the above stipulation, and good cause appearing therein, the Court grants an extension for Plaintiff to serve her confidential letter brief on Defendant. Plaintiff shall serve her brief on Defendant no later than **April 27, 2016** and file a proof of service of that brief with the Court consistent with the Scheduling Order (ECF No. 11-1) issued in this case. All other deadlines in the Scheduling Order are adjusted accordingly.

Plaintiff is advised that she is required to keep the Court apprised of her mailing address under Local Rule 183. If Plaintiff's address is no longer current, she is required to submit a written notice of change of address to the Court.

IT IS SO ORDERED.

Dated:   **April 1, 2016**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE