1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **EASTERN DISTRICT OF CALIFORNIA**

6 **FRESNO DIVISION**

7

8 CYNTHIA Y. MOORE,                    ) Case No.: 1:14-cv-01843-EPG
                                       )
9            Plaintiff,                ) ORDER REMANDING PURSUANT TO
                                       ) SENTENCE FOUR OF 42 U.S.C.
10      vs.                            ) § 405(g)
                                       )
CAROLYN COLVIN,                        ) ORDER DIRECTING THE CLERK TO
11 Acting Commissioner of Social Security, ) ENTER JUDGMENT IN FAVOR OF THE
                                       ) PLAINTIFF AND TO CLOSE THIS CASE
12                                     )
             Defendant.                )
13                                     )
                                       )
14

15         Pursuant to the parties' stipulation, the Commissioner's decision is reversed and this

16 action is remanded for further administrative action pursuant to section 205(g) of the Social

17 Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

18         On remand, the Appeals Council will remand the case to an administrative law judge

19 (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to further

20 evaluate Plaintiff's residual functional capacity (RFC) and whether Plaintiff has the RFC to

21 perform her past relevant work.

22         The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Cythnia

23 Moore and against Defendant, Carolyn Colvin. The Clerk of the Court is also directed to close

24 this case.
   IT IS SO ORDERED.
25

26    Dated:   **June 13, 2016**              /s/ _Erica P. Grosjean_
27                                            UNITED STATES MAGISTRATE JUDGE

28

1